**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Corbin Douglas SIME, Defendant—Appellant.**

No. 05–30610.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 17, 2006.

Filed Aug. 28, 2006.

Before: REAVLEY,* PREGERSON, and CALLAHAN, Circuit Judges.

### ORDER **

The judgment of the district court is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this Circuit except as provided by Ninth Circuit Rule 36–3.